IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES DAGIT and MARYKATE DAGIT | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 16-3843 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : : : | |

**<u>ORDER</u>**

AND NOW, this 8th day of June, 2017, upon consideration of Defendant Allstate Property and Casualty Insurance Company's Motion for Summary Judgment, Dkt. No. 23, Plaintiffs Charles and MaryKate Dagit's Response and Supplemental Response, Dkt. Nos. 24 & 27, and Allstate's Reply and Supplemental Reply, Dkt. Nos. 25 & 28, it is ORDERED that the Motion is GRANTED. Judgment is entered in favor of defendant and against plaintiffs.

The Clerk of Court shall mark this case as CLOSED.

                                                       */s Thomas N. O'Neill, Jr.*
                                                      THOMAS N. O'NEILL, JR., J